| Trustee Name, Address, Phone, Fax, Email: | For court use only |
|---|---|
| Howard M. S. Hu<br>Chapter 13 Trustee<br>1132 Bishop Street, 301<br>Honolulu, HI 96813<br>Telephone: (808) 526-3083<br>Fax: (808) 531-8844<br>Email: CHAPT13HI@AOL.COM | FILED<br>U.S. BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>2011 MAR 21 P 3: 02<br>MICHAEL B. DOWLING<br>CLERK OF COURT |
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII | Case No.: 07-00377 |
| In re:<br>**STANLEY LEON LINDO**<br><br>Debtor(s). | Chapter: 13 |
| NOTICE OF DEPOSIT OF UNCLAIMED FUNDS | |
| The following funds are paid into the court pursuant to Fed. R. Bankr. P. 3011:<br>This payment represents funds remaining unpaid on the claims(s) listed below. | $ 63.52 |

| Claim No. | Claimant Name & Address | Claim Amount | Check Amount |
|---|---|---|---|
| 002 | AMERICAN GENERAL FINANCE<br>555 N.KING ST. BLDG.A SPACE 106<br>HONOLULU, HI 96817-4604 | $ 4,175.00 | $ 63.52 |
| | | $ | $ |
| | | $ | $ |

*[Attach continuation sheets if necessary.]*

Date: March 21, 2011           /s/ _____
                                   Trustee

hib_3011        5/05